## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jeffrey T. Olt,      :
      Appellant :
           :
     v.     :
           :
Commonwealth of Pennsylvania, :
Department of Transportation,  :  No. 1653 C.D. 2018
Bureau of Driver Licensing   :  No. 1654 C.D. 2018

## O R D E R

AND NOW, this 8th day of October, 2019 it is ORDERED that the above-captioned opinion filed August 15, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge